# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **'08 MJ 8324**

The person charged as <u>FONSECA-Sillas, Hugo</u> now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the <u>Central</u> District of <u>California (Santa Ana)</u> in violation of <u>Violation Petition</u> with <u>Title 18, United States Code, Section(s) 3583(e)(3)</u>.

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 04/15/2008

_____
(Signature)
Ronald Wallen
(Printed Name)
Deputy United States Marshal

Reviewed and Approved:

Dated: 4-15-08

_____
Assistant United States Attorney
JOHN F. WEIS

**FILED**
APR 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

04/09/2008  09:30    7143384601                    US MARSHALS                                    PAGE  02/05

**ORIGINAL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | Plaintiff(s) | CASE NUMBER: |
|---|---|---|
| v. | | SACR99-00029-AHS |
| HUGO FONSECA-SILLAS | | |
| | | **WARRANT FOR ARREST** |
| | Defendant(s) | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest _____HUGO FONSECA-SILLAS_____ and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☐ Indictment ☐ Information ☐ Order of Court ☒ Violation Petition ☐ Violation Notice charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title ___18___ United States Code, Section(s) 3583(e)(3)

Sherri R. Carter
NAME OF ISSUING OFFICER
Clerk of Court
TITLE OF ISSUING OFFICER

[signature]
SIGNATURE OF DEPUTY CLERK

October 24, 2005; Santa Ana, CA
DATE AND LOCATION OF ISSUANCE

BY: Alicemarie H. Stotler
NAME OF JUDICIAL OFFICER

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

DATE RECEIVED

DATE OF ARREST

NAME OF ARRESTING OFFICER

TITLE

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

SIGNATURE OF ARRESTING OFFICER

CR-12 (07/04)                                   **WARRANT FOR ARREST**



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 2 4 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# United States District Court
for
Central District of California

U.S.A. vs. HUGO FONSECA-SILLAS        Docket No.: SACR99-00029-AHS

### Declaration In Support of Warrant for Defendant Under Supervision

On <u>May 25, 2004</u>, the Court issued a warrant for the arrest of the defendant based on the unsworn Petition. The undersigned United States Probation Officer hereby submits this sworn declaration in support of a new warrant for the arrest of the defendant.

Having reviewed the Court file, the attached Petition dated <u>May 21, 2004</u>, the undersigned hereby asserts under penalty of perjury that the statements contained in the attached Petition are true and correct to the best of my knowledge.

Praying that the Court will order issuance of a bench warrant addressed to any United States Marshal or any authorized officer within the United States of America, requiring the detention and return of <u>Hugo Fonseca-Sillas</u> before the United States District Court at Santa Ana, California, to show cause why the supervision order, heretofore entered, should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of December, 2004.

_____
Rachel M. Salamanca
United States Probation Officer

ORDER OF COURT

Considered and ordered this 25 day of _____, _____ and ordered filed and made a part of the records in the above case.

**ALICEMARIE H. STOTLER**
_____
Alicemarie H. Stotler
United States District Judge

PROB 12
(Rev. 3/88)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. HUGO FONSECA-SILLAS

Docket No. SACR99-00029-AHS

Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW SHIELA ADKINS, ACTING CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of HUGO FONSECA-SILLAS who was placed on supervision by the Honorable ALICEMARIE H. STOTLER sitting in the Court at Santa Ana, on the 6th day of December, 1999, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

(SEE ATTACHED COPY/COPIES OF JUDGMENT AND PROBATIONARY ORDER/ORDERS.)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

(SEE ATTACHED SHEET)

PRAYING THAT THE COURT WILL ORDER issuance of a bench warrant addressed to any United States Marshal, or any other authorized officer within the United States of America, requiring the detention and return of Hugo Fonseca-Sillas before the United States District Court at Santa Ana, California, to show cause why the supervision order, heretofore entered should not be revoked.

ORDER OF COURT

Considered and ordered this ____ day of _____, 20___ and ordered filed and made a part of the records in the above case.   ALICEMARIE H. STOTLER

Respectfully,

RACHEL SALAMANCA
U. S. Probation Officer

Place INGLEWOOD, CA

U.S.A vs. HUGO FONSECA-SILLAS
Docket No. SACR99-00029-AHS

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

It is alleged that the above-named supervised releasee has violated the terms and conditions of supervision to wit:

1. Having been ordered by the Court not to commit another Federal, state, or local crime, on or about March 7, 2003, Hugo Fonseca-Sillas was convicted of Grand theft, in violation of California Penal Code, Section 487(a); and Receiving stolen property, in violation of California Penal Code, Section 496(a), in Orange County Superior Court, Docket No. 02NF3173;

2. Having been ordered by the Court, if deported from the United States, either voluntarily or involuntarily, not to reenter the United States illegally, on or about July 15, 2002, Hugo Fonseca-Sillas, after being deported on October 15, 2001, illegally reentered the United States;

3. Having been ordered by the Court to report to the Probation Office within 72 hours of any reentry to the United States during the period of Court-ordered supervision, on or before July 15, 2002, Hugo Fonseca-Sillas reentered the United States and failed to report to the U. S. Probation Office.