AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings

# UNITED STATES DISTRICT COURT

_____ SOUTHERN _____ | DISTRICT OF _____ CALIFORNIA _____

UNITED STATES OF AMERICA

**WAIVER OF RULE 32.1 HEARINGS**
(Probation/Supervised Release Violation)

V.

*Hugo Fonseca Sillas*
Defendant

CASE NUMBER: _08 mF 8324_

CHARGING DISTRICTS
CASE NUMBER: _99 CR 029 - AHS_

I understand that charges are pending in the _Central District of California_

alleging violation of ___Supervised Release___ and that I have been arrested in this district and
(Probation / Supervised Release)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and

(4)  a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( X )  identity hearing

(   )  preliminary hearing

(   )  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

X *Hugo Fonseca*
*Defendant*

_4/15/08_
Date

*Diane Reg*
*Defense Counsel*

FILED

APR 15 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY